IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAR CAPITAL L.P., <br> Plaintiff, | § § § | |
| v. | § § | C.A. NO. 4:17-cv-01532 |
| THE HANOVER INSURANCE COMPANY <br> Defendant. | § § § | |

## FINAL JUDGMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE

On this day the Court was advised that the parties stipulate to entry of a dismissal, with prejudice, of all claims which were asserted or could have been asserted by either party to this litigation. Based upon and pursuant to such stipulation, it is hereby

**ORDERED** that all claims which were asserted or could have been asserted in this litigation by Briar Capital L.P. against The Hanover Insurance Company be and are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that all claims which were asserted or could have been asserted in this litigation by The Hanover Insurance Company against Briar Capital L.P. be and are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that all relief not specifically granted herein is **DENIED**; and it is further

**ORDERED** that all costs in this litigation are taxed against the party incurring same.

**THIS IS A FINAL JUDGMENT.**

SIGNED this the _____ day of _____, 2017.

HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE

1

APPROVED AND ENTRY REQUESTED

*[signature]*

Charles W. Kelly
CHARLES W. KELLY, P.L.L.C.
221 N. Kansas, Suite 747
El Paso, TX 79901
ATTORNEYS FOR PLAINTIFF

*[signature]*

David T. Brown
KAUFMAN DOLOWICH & VOLUCK LLP
135 S. LaSalle St.
Chicago, IL 60603
ATTORNEYS FOR DEFENDANT